119 So.2d 846

Mrs. Ocie Murray SMITH

v.

John Lawrence SMITH.

No. 44172.

April 25, 1960.

119 So.2d 846

Joe L. HAMMONS

v.

ILLINOIS CENTRAL RAILROAD.

No. 43938.

April 25, 1960.

Guy E. Humphries, Jr., Alexandria, for defendant-appellant.

Gold, Hall & Skye, Alexandria, for plaintiff-appellee.

VIOSCA, Justice.

Subsequent to the submission of this appeal, defendant-appellant filed a motion to dismiss the appeal on the ground that he no longer desires to prosecute same. Plaintiff-appellee has joined in this motion and concurs therein.

Since both appellant and appellee have concurred in the motion to dismiss, the motion will be granted. Article 901 of the Code of Practice.

For the reasons assigned it is ordered that the appeal be dismissed.